IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CEDRIC L. CRAWFORD,           )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )          3:15cv560-MHT
                              )               (WO)
RAY SMITH and VAN JACKSON,    )
                              )
    Defendants.               )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting that the defendants confiscated his vehicle without a warrant and forced him to pay hundreds of dollars to get it back. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the initial filing fee. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2015.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**